**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JAMES MURRAY, LATAVIUS PASCHAL, ANTONE HENDERSON** | **CIVIL ACTION NO. 3:21-CV-00592** |
| **VERSUS** | **JUDGE JOHN W. DEGRAVELLES** |
| **JAMES LEBLANC, SECRETARY OF DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, SHERIFF SAMMIE BYRD, ET AL.** | **MAG. JUDGE RICHARD L. BOURGEOIS, JR.** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEAL

Defendants hereby give notice of appeal. Defendants noticing appeal are James LeBlanc and Seth Smith (hereinafter, the "Defendants"). Appeal is taken from the United States District Court for the Middle District of Louisiana (Case Number 3:21-CV-00592) to the United States Court of Appeals for the Fifth Circuit.

Defendants appeal the order and incorporated reasons for judgment rendered via the "Minute Entry" (Rec. Doc. 215) rendered orally before Defendants' and Plaintiffs' counsel (virtually) on January 15, 2025. The referenced order reflects Judge deGravelles's signature dated January 16, 2025. The Court denied Defendants' motion for summary judgment (Rec. Doc. 191). The appeal is of the order denying Defendants' motion for summary judgment (Rec. Doc. 191) and all orders as to Defendants incorporated therein.

The Defendants further respectfully request stay of all proceedings in the matter before the District Court, pending final disposition of this appeal by the United States Court of Appeals for the Fifth Circuit, as the legal questions concerning the propriety of the denial of qualified immunity are substantially intertwined with all claims asserted by Plaintiffs in this case.

Respectfully submitted,

**LIZ MURRILL**
**ATTORNEY GENERAL**

**BY:** *s/Wayne T. Stewart*
**ALEJANDRO "AL" PERKINS (#30288)**
**Email: aperkins@hamsil.com**
**WAYNE T. STEWART (#30964)**
**Email: wstewart@hamsil.com**
**EVAN M. ALVAREZ (#31596)**
**Email: ealvarez@hamsil.com**
**Special Assistant Attorneys General**

**HAMMONDS, SILLS, ADKINS, GUICE, NOAH, & PERKINS, LLP**
2431 South Acadian Thruway
Suite 600
Baton Rouge, Louisiana 70808
Telephone: 225-923-3462
Facsimile: 225-923-0315

*Attorneys for James LeBlanc and Seth Smith*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing **NOTICE OF APPEAL** was filed electronically with the Clerk of Court by use of the CM/ECF system, which will send a notice of electronic filing to counsel registered with the Court for receipt of pleadings by email.

**BATON ROUGE, LOUISIANA**, this the 12th day of February 2025.

*s/Wayne T. Stewart*
**WAYNE T. STEWART**